IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Docket No. 3:09-CV-573 ) |
| DURA LINE CORPORATION and DURA-LINE HOLDINGS, INC., | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Hartford Fire Insurance Company, and files this Notice of Voluntary Dismissal pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(i). The Parties have fully resolved all issues in dispute between them and further litigation of this action is not required. Defendants have not filed an Answer or Motion for Summary Judgment.

Respectfully submitted,

**SPICER RUDSTROM PLLC**

　　/s/ Marc O. Dedman
By: Marc O. Dedman, Esq. BPR# 14044
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile
Attorneys for Plaintiff